United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| INSURANCE DISTRIBUTION CONSULTING, LLC, | § § § | |
| Plaintiff. | § § § | |
| V. | § § | 3:23-cv-00126 |
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the court's order adopting magistrate judge's memorandum and recommendation (Dkt. 112), judgment is entered in the defendant's favor.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this 14th day of May, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/1